UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LIFE'S INVESTMENTS,

Plaintiff,

v.

SBA, et al.,

Defendant.

Case No.: 26-cv-3018-AGS-AHG

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2) AND DISMISSING COMPLAINT**

Self-represented plaintiff Life's Investments, a "nonprofit organization based in San Diego, California," is suing several federal agencies and a related collections agency for actions taken during the collection of a COVID-era loan. Life's Investments requests to proceed *in forma pauperis*, that is, without paying the court's filing fees under 8 U.S.C. § 1915. But "only a natural person may qualify for treatment *in forma pauperis* under § 1915." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 196 (1993). Moreover, as a legal entity, Life's Investments "must be represented by counsel in federal court and cannot proceed pro se." *United States v. Hardy*, No. 2:24-mc-00053-LK, 2025 WL 3628625, at *4 (W.D. Wash. Dec. 15, 2025). *See also* S.D. CivLR 83.5(j) ("Only natural persons representing their individual interests in propria persona may appear in court without representation by an attorney permitted to practice pursuant to Civil Local Rule 83.3. All other parties, including corporations, partnerships and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3."). "This rule also applies to a non-profit, which cannot be represented by a non-attorney and cannot represent itself." *Hardy*, 2025 WL 3628625, at *4 (cleaned up).

As a result, this case must be dismissed for failure to pay the filing fee and as inappropriately filed by a non-attorney seeking to represent a legal entity. By July 15, 2026, plaintiff may automatically reopen the case by (1) fully paying the appropriate filing fee

1

26-cv-3018-AGS-AHG

and (2) filing an appearance of counsel and new complaint signed by that counsel.

Dated:  June 4, 2026

_____
Andrew G. Schopler
United States District Judge

2